■ DENNIS KINGSLEY, JR., an Infant, by His Mother and Natural Guardian, MARY KINGSLEY, Plaintiff, v ORANGE COUNTY DRIVING PARK ASSOCIATION, INC., Respondent. COUNTY OF ORANGE, Intervenor-Petitioner-Appellant. — In a proceeding to compel payment of a Social Services lien from the settlement proceeds of an infant plaintiff in a personal injury action, intervenor-petitioner County of Orange appeals from an order of the Supreme Court, Orange County, dated April 21, 1980, which vacated the lien. Order affirmed, without costs or disbursements (see Social Services Law, § 104, subd 2; *Baker v Sterling,* 39 NY2d 397). Rabin, J.P., Gulotta, Weinstein and Thompson, JJ., concur.

■ JOHN KISSEL, Respondent, v ANTHONY GISONDI, Appellant. — Order of the Supreme Court, Westchester County, dated November 13, 1980, affirmed, with $50 costs and disbursements (see *Decapua v Morrissey,* 60 AD2d 754). Rabin, J.P., Gulotta, Weinstein and Thompson, JJ., concur.